IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LORNA SILLS KATICA,

    Plaintiff

v.

SPECIALIZED LOAN SERVICING, LLC, and DEUTSCHE BANK NATIONAL TRUST COMPANY as trustee for FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF9,

    Defendants

CIVIL ACTION FILE NO.
1:15-CV-2957-ODE-WEJ

## ORDER

This civil case is before the Court on the Report and Recommendation of United States Magistrate Judge Walter E. Johnson filed December 1, 2015 [Doc. 25] ("R&R"). No objections have been filed.

In the R&R, Judge Johnson recommends that Defendants' Motion to Dismiss Complaint be granted in part and denied in part. Specifically, with regard to the First Amended Complaint, Judge Johnson recommends that this Court dismiss with prejudice claims alleged in Counts Three (Non-Judicial Foreclosure), Four (FDCPA, asserted under 15 U.S.C. §§ 1692e, 1692f, and 1692g(b)), Six (TILA), and Seven (Breach of Contract). Judge Johnson also recommends that the following claims be allowed to proceed: Counts One (Dodd-Frank), Two (RESPA), and Four (FDCPA, asserted under 15 U.S.C. § 1692d).[1]

---

[1] The First Amended Complaint does not contain a Count Five.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, Defendants' Motion to Dismiss Complaint [Doc. 17] is GRANTED IN PART AND DENIED IN PART. With regard to the First Amended Complaint, Counts Three (Non-Judicial Foreclosure), Four (FDCPA, asserted under 15 U.S.C. §§ 1692e, 1692f, and 1692g(b)), Six (TILA), and Seven (Breach of Contract) are DISMISSED WITH PREJUDICE. In addition, Counts One (Dodd-Frank), Two (RESPA), and Four (FDCPA, asserted under 15 U.S.C. § 1692d), are ALLOWED TO PROCEED.

This case is REFERRED back to Magistrate Judge Johnson for further proceedings consistent with this Order.

SO ORDERED, this  9  day of March, 2016.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE